IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dustin Robert Williamson,                    ) | C/A No. 0:15-4755-MGL-PJG |
| )|  |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| Brian Sterling, *and/or Jane or John Doe,*    ) | |
| *SCDC*; Deloris Charlton, *Administrator,*    ) | |
| *Barnwell County Detention Center*; Ed Carroll, ) | |
| *Sheriff; individually and in their official*    ) | |
| *capacities*; David Miller, *Deputy Solicitor;* and ) | |
| Jack Hamock, *Solicitor; in their individual*    ) | |
| *capacities*,    ) | |
| ) | |
| Defendants.    ) | |
| _____    ) | |

The plaintiff, Dustin Robert Williamson, a self-represented prisoner, filed this civil rights matter pursuant to 42 U.S.C. § 1983.  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.) on Williamson's letter to the court in which he appears to offer cause for the delays in conducting discovery.  (ECF No. 99.)  Specifically, Williamson describes the defendants' belated responses to his initial discovery requests as well as the limited supply of resources available to him during the period of time at issue.  Accordingly, for good cause shown, it is hereby

**ORDERED** that Williamson shall have until **October 27, 2016** to propound any additional or follow-up discovery requests to the defendants.  The defendants shall have thirty days in which to respond to any such requests, in accordance with the Federal Rules of Civil Procedure. Williamson shall file his response to the defendants' pending motions for summary judgment (ECF

*PJG*

Nos. 79, 80, & 81) on or before **December 12, 2016**.  Failure to comply may result in dismissal of the Complaint for failure to prosecute.  Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 13, 2016
Columbia, South Carolina